# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN INGEBRETSEN,

    Plaintiff,

vs.

JACK PALMER, et al.,

    Defendants.

Case No. 3:07-CV-00251-LRH-(RAM)

**ORDER**

    Petitioner has submitted a Motion to Compel Performance (#14), in which he asks the Court to order respondents to provide him with copies of this Court's decisions in other cases, because he has had no contact with the counsel that the Court appointed (#12). One day after the Court received Petitioner's Motion (#14), the Federal Public Defender filed a Notice of Representation of Petitioner (#15), in which counsel states that he will contact Petitioner soon, and which makes Petitioner's Motion (#14) moot.

    IT IS THEREFORE ORDERED that Petitioner's Motion to Compel Performance (#14) is **DENIED** as moot.

    DATED this 26th day of November, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE