# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN INGEBRETSEN,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:07-CV-00251-LRH-(RAM)

**ORDER**

    Petitioner has submitted an Unopposed Motion for an Enlargement of Time in Which to File Amended Petition for Writ of Habeas Corpus (#23). The Court grants this Motion.

    Petitioner has also submitted a Motion for Reconsideration of Order Denying Motion for Anticipatory Tolling (#21). The Court has stated that it will consider any arguments for equitable tolling if Respondents decide to raise the issue of timeliness. However, unless and until timeliness becomes an issue, equitable considerations are not at issue.

    IT IS THEREFORE ORDERED that Petitioner's Unopposed Motion for an Enlargement of Time in Which to File Amended Petition for Writ of Habeas Corpus (#23) is **GRANTED**. Petitioner shall have through May 5, 2008, to file and serve an amended petition for a writ of habeas corpus. Respondents shall have sixty (60) days from the date the amended petition is served to file an answer or other response.

///

///

///

1  IT IS FURTHER ORDERED that Respondents' Reconsideration of Order Denying Motion
2  for Anticipatory Tolling (#21) is **DENIED**.
3  DATED this 18th day of March, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE