# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN INGEBRETSEN,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:07-CV-00251-LRH-(RAM)

**ORDER**

    Petitioner has submitted an Unopposed Motion for an Enlargement of Time in Which to File Amended Petition for Writ of Habeas Corpus (Fourth Request ) (#27).  Good cause appearing;

    IT IS THEREFORE ORDERED that Petitioner's Unopposed Motion for an Enlargement of Time in Which to File Amended Petition for Writ of Habeas Corpus (Fourth Request) (#27) is **GRANTED**.  Petitioner shall have through June 30, 2008, to file and serve an amended petition for a writ of habeas corpus.  Respondents shall have sixty (60) days from the date the amended petition is served to file an answer or other response.

    DATED this 11th day of June, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE