# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN INGEBRETSEN,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:07-CV-00251-LRH-(RAM)

**ORDER**

    Petitioner has submitted a Motion for an Enlargement of Time in Which to File Amended Petition for Writ of Habeas Corpus (Fifth Request) (#29). The Court grants this motion, but with a note. Petitioner will have had around eight months to file an amended petition. If counsel for Petitioner is too busy with other matters to prepare an amended petition, then he should ensure that another member of his office prepares the amended petition, and he should do so forthwith.

///
///
///
///
///
///
///
///
///

-2-

IT IS THEREFORE ORDERED that Petitioner's Motion for an Enlargement of Time in Which to File Amended Petition for Writ of Habeas Corpus (Fifth Request) (#29) is **GRANTED**. Petitioner shall have through July 14, 2008, to file and serve an amended petition for a writ of habeas corpus. No further extensions will be granted. Respondents shall have sixty (60) days from the date the amended petition is served to file an answer or other response.

DATED this 2nd day of July, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE