1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9   JOHN INGEBRETSEN,

10         Plaintiff,                          Case No. 3:07-CV-00251-LRH-(RAM)

11   vs.                                       **ORDER**

12   JACK PALMER, et al.,

13         Defendants.

14

15         Respondents have submitted a Motion for Enlargement of Time (First Request) (#46).  Good

16   cause appearing;

17         IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (First

18   Request) (#46) is **GRANTED**.  Respondents shall have through June 15, 2009, to file and serve an

19   answer or other response to the Second Amended Petition (#44).

20         DATED this 4th day of May, 2009.

21
22
23
                                              _____
24                                            LARRY R. HICKS
                                              UNITED STATES DISTRICT JUDGE
25
26
27
28