# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN INGEBRETSEN,

    Plaintiff,

vs.

JACK PALMER, et al.,

    Defendants.

Case No. 3:07-CV-00251-LRH-(RAM)

**ORDER**

    Respondents have submitted a Motion for Enlargement of Time (Second Request) (#48). Good cause appearing;

    IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (Second Request) (#48) is **GRANTED**. Respondents shall have through July 15, 2009, to file and serve an answer or other response to the Second Amended Petition (#44).

    DATED this 17th day of June, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE