# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JOHN INGEBRETSEN,

    Plaintiff,

vs.

JACK PALMER, et al.,

    Defendants.

Case No. 3:07-CV-00251-LRH-(RAM)

**ORDER**

Petitioner having submitted a Motion for an Enlargement of Time (First Request) (#51), and good cause appearing;

IT IS THEREFORE ORDERED that Petitioner's Motion for an Enlargement of Time (First Request) (#51) is **GRANTED**. Petitioner shall have through August 28, 2009, to file and serve a response to Respondents' Motion to Dismiss (#50).

DATED this 28th day of July, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE