# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN INGEBRETSEN,

    Plaintiff,

vs.

JACK PALMER, et al.,

    Defendants.

Case No. 3:07-CV-00251-LRH-(RAM)

**ORDER**

    Petitioner having submitted a Motion for an Enlargement of Time (Second Request) (#53), and good cause appearing;

    IT IS THEREFORE ORDERED that Petitioner's Motion for an Enlargement of Time (Second Request) (#53) is **GRANTED**.  Petitioner shall have through September 18, 2009, to file and serve a response to Respondents' Motion to Dismiss (#50).

    DATED this 27th day of August, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE