# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN INGEBRETSEN,

    Plaintiff,

vs.

JACK PALMER, et al.,

    Defendants.

Case No. 3:07-CV-00251-LRH-(RAM)

ORDER

    Respondents have submitted a Motion for Enlargement of Time (First Request) (#56).  Good cause appearing;

    IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (First Request) (#56) is **GRANTED**.  Respondents shall have through November 5, 2009, to file and serve a reply to Petitioner's Opposition to Motion to Dismiss (#55).

    DATED this 5th day of October, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE