# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN INGEBRETSEN,

    Plaintiff,

vs.

JACK PALMER, et al.,

    Defendants.

Case No. 3:07-CV-00251-LRH-(RAM)

**ORDER**

    Respondents have submitted a Motion for Enlargement of Time (Second Request) (#58). Good cause appearing;

    IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (Second Request) (#58) is **GRANTED**. Respondents shall have through November 12, 2009, to file and serve a reply to Petitioner's Opposition to Motion to Dismiss (#55).

    DATED this 10th day of November, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE