# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN INGEBRETSEN,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:07-CV-00251-LRH-(RAM)

**ORDER**

Petitioner having submitted a Motion for Enlargement of Time Within Which to Otherwise Respond to Court Order (#66), and good cause appearing;

IT IS THEREFORE ORDERED that Petitioner's Motion for Enlargement of Time Within Which to Otherwise Respond to Court Order (#66) is **GRANTED**. Petitioner need not file a response to the Court's Order (#63) until the Court has ruled upon his Motion for Reconsideration (#65).

DATED this 13th day of January, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE