# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN INGEBRETSEN,

    Plaintiff,

vs.

JACK PALMER, et al.,

    Defendants.

Case No. 3:07-cv-00251-LRH-(RAM)

**ORDER**

Respondents have submitted an Unopposed Motion for Enlargement of Time (First Request) (#68). Good cause appearing;

IT IS THEREFORE ORDERED that Respondents' Unopposed Motion for Enlargement of Time (First Request) (#68) is **GRANTED**. Respondents shall have through February 25, 2010, to file and serve a response to Petitioner's Motion for Reconsideration (#65).

DATED this 28th day of January, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE