# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN INGEBRETSEN,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:07-CV-00251-LRH-(RAM)

**ORDER**

Petitioner having submitted an unopposed motion for enlargement of time in which to file a reply to the opposition to motion for reconsideration (second request) (#76), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time in which to file a reply to the opposition to motion for reconsideration (second request) (#76) is **GRANTED**. Petitioner shall have through May 10, 2010 to file and serve a reply to respondents' opposition to motion for reconsideration (#72).

DATED this 23rd day of April, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE