# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN INGEBRETSEN,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:07-cv-00251-LRH-RAM

**ORDER**

    The court stayed this action to allow petitioner to exhaust his available state court remedies. Order (#97). Petitioner has filed a motion to reopen (#101), stating that his proceedings in state court have concluded. Respondents do not oppose the motion (#103). The court grants this motion.

    IT IS THEREFORE ORDERED that petitioner's motion to lift the stay (#101) is **GRANTED**. This action is **REINSTATED**.

    IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date on which this order is entered to answer or otherwise respond to the third amended petition (#87). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

    IT IS FURTHER ORDERED that the exhibits filed in the court's docket at #102 shall be considered as additional exhibits to the third amended petition.

///

///

-2-

1    IT IS FURTHER ORDERED that, from this date forward, the hard copy of any exhibits
2 shall be forwarded—for this case—to the staff attorneys in Las Vegas.
3    DATED this 6th day of October, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE